1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ANDREW M. SCOBLE (CABN 124940)
   MATTHEW L. McCARTHY (CABN 217871)
5  Assistant United States Attorneys
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7249/6838
7      Fax: (415) 436-7234
       E-Mail: andrew.scoble@usdoj.gov
8              matthew.mccarthy@usdoj.gov

9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14
   UNITED STATES OF AMERICA,          )    No. CR 11-0293 CRB
15                                     )
            Plaintiff,                 )    STIPULATION AND [PROPOSED]
16                                     )    ORDER CONTINUING STATUS
        v.                             )    CONFERENCE AND EXCLUDING
17                                     )    TIME
   DAVIE JIMMY MEJIA-SENSENTE,         )
18     a/k/a "Crazy,"                  )    SAN FRANCISCO VENUE
       a/k/a "Loco,"                   )
19 CARLOS MEJIA-QUINTANILLA,           )    Current Date:  April 25, 2012
       a/k/a "Wilfredo Oliva-Castro,"  )
20     a/k/a "Sleepy,"                 )    Proposed Date: June 6, 2012
       a/k/a "Dormido,"                )
21 LUIS AMILAR-ZANAS,                  )
       a/k/a "Luis Sana,"              )
22     a/k/a "Trucha,"                 )
       a/k/a "Yomo,"                   )
23                                     )
            Defendants.                )
24 _____ )

25

26

27

28

STIP. AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
CR 11-0293 CRB                      1

1    The above-captioned case is currently scheduled for a status conference Wednesday,

2  April 25, 2012.  However, the government will soon produce additional discovery pursuant to

3  the Protective Order, and defense counsel will require additional time to review that discovery.

4  In addition, counsel for the government will be unavailable on April 25, 2012.

5    Accordingly, the parties now stipulate and jointly request that the status conference currently

6  set for April 25, 2012 be vacated, and that the Court set this matter for a status conference on

7  June 6, 2012.

8    Further, the parties stipulate April 25, 2012 through June 6, 2012 for effective preparation of

9  counsel.  The exclusion of time is necessary in light of the time needed to produce and review

10  the requested discovery.  The parties agree that the ends of justice served by granting such a

11  //

12  //

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

continuance outweighed the best interests of the public and the defendant in a speedy trial. *See*

18 U.S.C. § 3161(h)(8)(A).


IT IS SO STIPULATED:



MELINDA HAAG
United States Attorney


DATED:   4-12-12                              By: _____/s/_____
                                             ANDREW M. SCOBLE
                                             MATTHEW L. McCARTHY
                                             Assistant United States Attorneys



DATED:   4-12-12                              By: _____/s/_____
                                             DAVID ANDERSON
                                             Attorney for Defendant
                                             DAVIE JIMMY MEJIA-SENSENTE



DATED:   4-12-12                              By: _____/s/_____
                                             JAMES McNAIR THOMPSON
                                             Attorney for Defendant
                                             CARLOS MEJIA-QUINTANILLA




DATED:   4-12-12                              By: _____/s/_____
                                             TONY TAMBURELLO
                                             Attorney for Defendant
                                             LUIS AMILAR-ZANAS

**[~~PROPOSED~~] ORDER**

For good cause shown, the status conference now scheduled for April 25, 2012 is vacated. The matter shall be added to the Court's calendar on June 6, 2012 for setting of future dates.

In addition, for the reasons stated above, the Court finds that an exclusion of time from April 25, 2012 through June 6, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. <u>See</u> 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. <u>See</u> 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

04/20/2012
DATED

UNITED STATES DISTRICT COURT
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

HO
Un e